UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

JOSEPH ANTHONY DEMARIA,

Defendant.

**ORDER**

17 Cr. 569 (ER)

R<small>AMOS</small>, D.J.:

After considering the factors set forth in 18 U.S.C. § 3553(a), and for the reasons set forth on the record at the hearing of May 12, 2020, the Court finds that there are extraordinary and compelling reasons that warrant a reduction in DeMaria's term of imprisonment, and that this reduction is consistent with the applicable policy statements issued by the U.S. Sentencing Commission. 18 U.S.C. § 3582(c)(1)(A)(i).

Accordingly, DeMaria's motion for compassionate release, Doc. 224, is GRANTED, and his sentence is MODIFIED, as follows:

- DeMaria is sentenced to a period of incarceration equivalent to time served.
- DeMaria is further sentenced to a term of supervised release for a term of three (3) years. He is to follow the standard, additional, and special conditions of supervision described in the Judgment in a Criminal Case filed on June 24, 2019, Doc. 181.
- DeMaria is further ordered to pay any outstanding Criminal Monetary Penalties as detailed in the associated Judgment in a Criminal Case, Doc. 181, and Restitution Order of April 17, 2019, Doc. 161.
- DeMaria's term of supervised release is to begin upon his release from the custody of the Bureau of Prisons. The Bureau of Prisons is ORDERED to immediately release DeMaria from its custody.

It is SO ORDERED.

Dated: May 12, 2020
New York, New York

E<small>DGARDO</small> R<small>AMOS</small>, U.S.D.J.